IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KRYSTA BESSER**, *et al.*,

    Plaintiffs,

v.

**LEGACY HEALTH**,

    Defendant.

Case No. 3:23-cv-1438-SI

**PARTIAL JUDGMENT**

**Michael H. Simon, District Judge.**

    Finding no just reason for delay, the Court hereby enters Partial Judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure in favor of Defendant and against Plaintiffs Krysta Besser, John Chanouzas, Ramona Dragomir, Ida Huber, Heidi Kline, Terese Lampa, Jonna'k Polley, Kathleen Terlecki, and Jimmie Jaramillo, Sr. The sole remaining Plaintiff is Thomas Wray, and the Court directs the Clerk of the Court to change the caption of this matter to read: "*Thomas Wray v. Legacy Health*."

    DATED this 19th day of November, 2025.

                                                             /s/ *Michael H. Simon*
                                                             Michael H. Simon
                                                              United States District Judge